ACCEPTED
03-13-00327-CV
5862643
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/29/2015 1:56:49 PM
JEFFREY D. KYLE
CLERK

**CASE NO. 03-13-00327-CV**

_____

**IN THE COURT OF APPEALS**
**FOR THE THIRD DISTRICT OF TEXAS AT AUSTIN**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/29/2015 1:56:49 PM
JEFFREY D. KYLE
Clerk

_____

**TEXAS ALCOHOLIC BEVERAGE COMMISSION and SHERRY COOK,**
**Administrator,**
*Appellants/Cross-Appellees*,


**v.**


**D. HOUSTON, INC. d/b/a TREASURES,**
*Appellee/Cross-Appellant*.

_____


**On appeal from the 126th Judicial District Court of Travis County, Texas**
**Trial Court Cause No. D-1-GN-12-001750**

_____


**JOINT MOTION TO LIFT ABATEMENT**

_____


TO THE HONORABLE THIRD COURT OF APPEALS:

COME NOW, Appellants/Cross-Appellees Texas Alcoholic Beverage Commission and Sherry Cook, its Administrator, in her official capacity, (collectively, TABC) and Appellee/Cross-Appellant D. Houston, Inc. d/b/a Treasures, and, pursuant to Texas Rule of Appellate Procedure 10.1, file this motion to lift the abatement of this appeal. In support of the motion, the parties would respectfully show the following:

Motion to Lift Abatement
Page 1 of 4

1.      On November 6, 2013, at the request of Appellants, this honorable Court abated this appeal until "resolution by the Texas Supreme Court of the related mandamus proceeding, *In re Texas Alcoholic Beverage Commission and Sherry Cook, in her official position as TABC Administrator,* cause number 13-0513."

2.      On May 1, 2015, the Supreme Court of Texas denied the petition for writ of mandamus in Case No. 13-0513.

3.      Consequently, the parties respectfully request that this honorable Court lift the abatement of Case No. 03-13-00327-CV and place the case in line for submission to the Court on oral argument.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY                                    /s/ Jennifer S. Riggs
First Assistant Attorney General                  Jennifer S. Riggs
                                                  State Bar No. 16922300
JAMES E. DAVIS                                    RIGGS & RAY, P.C.
Deputy Attorney General for                       700 Lavaca St., Suite 290
Civil Litigation                                  Austin, Texas  78701
                                                  512 457-9806
DAVID A. TALBOT                                   512 457-9066 Facsimile
Chief, Administrative Law Division                E-mail:  jriggs@r-alaw.com

                                                  Albert T. Van Huff
 /s/ Karen L. Watkins                             State Bar No. 24028183
KAREN L. WATKINS                                  Monshaugen & Van Huff, P.C.
State Bar No. 20927425                            1225 North Loop West
Assistant Attorney General                            Suite 640
Administrative Law Division                       Houston, TX  77008
OFFICE OF THE TEXAS ATTORNEY GENERAL              Telephone:  (713) 880-2992
P. O. Box 12548                                   Facsimile:  (713) 880-5297
Austin, Texas  78711-2548
512-475-4208  Phone                               COUNSEL FOR APPELLEE/
512-320-0167  Facsimile                           CROSS-APPELLANT
karen.watkins@texasattorneygeneral.gov            D. HOUSTON, INC. d/b/a
                                                  TREASURES
COUNSEL FOR APPELLANTS
TEXAS ALCOHOLIC BEVERAGE
COMMISSION and SHERRY COOK,
in her official capacity as TABC
Administrator

## CERTIFICATE OF SERVICE

I certify that, on this 29th day of June, 2015, I have provided a true and complete copy of this Motion to Life Abatement by e-service to the following counsel of record for Appellee/Cross-Appellant D. Houston, Inc. d/b/a Treasures:

Jennifer S. Riggs
Riggs Aleshire & Ray, P.C.
700 Lavaca Street, Suite 920
512-457-9806  Phone
512-457-9066  Facsimile
e-mail: jriggs@r-alaw.com

/s/ Karen L. Watkins
Karen L. Watkins